UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-CR- 441-T-24 AEP
18 U.S.C. §§ 922(g)(1) and 924(e)
26 U.S.C. §§ 5841, 5861(d), and 5871
TIMOTHY EUGENE KELLY  18 U.S.C.§ 924(d)(1)-Forfeiture
28 U.S.C. § 2461(c) - Forfeiture
26 U.S.C. § 5872(a) - Forfeiture

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 1, 2009, in Dade City, Florida, in the Middle District of Florida,

TIMOTHY EUGENE KELLY,

defendant herein, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

Aggravated Assault, Tampering with a State Witness, and Aggravated Battery in Case Number 9200129CFAES, in the Circuit Court, Sixth Judicial Circuit in and for Pasco County, Florida, on or about March 11, 1992;

Lewd and Lascivious Act in the Presence of a Child Under the Age of Sixteen Years, in Case Number 95-1640CFAES, in the Circuit Court, Sixth Judicial Circuit in and for Pasco County, Florida, on or about September 14, 1995;

Forgery, in Case Number 0000826CFAES, in the Circuit Court, Sixth Judicial Circuit in and for Pasco County, Florida, on or about September 15, 2000;

Battery of a Law Enforcement Officer (2 counts), Resisting an Officer with Violence, and Possession of Cocaine, in Case Number 0000749CFAES, in the Circuit Court, Sixth Judicial Circuit in and for Pasco County, Florida, on or about September 15, 2000; and

Possession of Methamphetamine, in Case Number 071327, in the Circuit Court, Fifth Judicial Circuit in and for Hernando County, Florida, on or about March 7, 2008; did knowingly possess, in and affecting interstate commerce, a destructive device to wit: a pipe bomb.

In violation of Title 18, United States Code, Sections 922 (g)(1), 924(e).

## COUNT TWO

On or about August 1, 2009, in Dade City, Florida in the Middle District of Florida,

TIMOTHY EUGENE KELLY,

defendant herein, knowingly possessed a firearm, to wit: a destructive device constituting a pipe bomb, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Title 26 United States Code, Section 5872.

2.  From his engagement in any or all of the violation alleged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section

922(g)(1), the defendant, TIMOTHY EUGENE KELLY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Title 26 United States Code, Section 5872,

all of his rights, title, and interest in any firearm and destructive device involved in or used in any such knowing violation, including but not limited to the following:  One pipe bomb.

    3.    If any of the property described above as being subject to forfeiture, as a result of any act of omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) [incorporated by Title 28, United States Code, Section 2461(c)], to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
AMANDA C. KAISER
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, General Crimes Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## TIMOTHY EUGENE KELLY

## INDICTMENT

Violations:

18 U.S.C. §§ 922(g)(1) and 924(e) - Count One
26 U.S.C. §§ 5841, 5861(d), and 5871 - Count Two
28 U.S.C. § 924(d)(1) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture
26 U.S.C. § 5872(a) - Forfeiture

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of September 2009.

_____
Clerk

Bail $_____

GPO 863 525